**FILED IN CHAMBERS**
U.S.D.C. ATLANTA

Date: Dec 05 2020

JAMES N. HATTEN, Clerk

By: Sonya Nuckolls
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

RASHAD SARGEANT

**CRIMINAL COMPLAINT**
Case Number: 1:20-MJ- 1064

UNDER SEAL

I, the undersigned complainant being duly sworn, state, under penalty of perjury, the following is true and correct to the best of my knowledge and belief.  Beginning in or about February 2019 and continuing through in or about November 2019 in Fulton County, in the Northern District of Georgia, and elsewhere, defendant(s) did, and conspire to, make false statements to a federally licensed firearms dealer, fail to notify a common carrier of a firearms shipment, and smuggle goods from the United States,

in violation of Title 18, United States Code, Section(s) 371, 922(a)(6), 922(e), and 554.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
Jonathan P. Gray

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| December 5, 2020 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer
Issued Pursuant to Federal Rule of Crim. Proc. 4.1

AUSA Jennifer Keen / 2019R00949 /
Jennifer.Keen@usdoj.gov

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A COMPLAINT

I, Jonathan P. Gray, depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been so employed since 2001. I am currently assigned to the Firearms Trafficking/Interdiction Group. I am tasked with the investigation and enforcement of federal firearms laws and associated violations, to include any other federal violations encountered during the course of my duties. Prior to this employment, I was a police officer with the Columbus Police Department ("CPD") in Columbus, Georgia.

2. I am a graduate of the Columbus Police Academy in Columbus, Georgia, the Federal Law Enforcement Training Center's Criminal Investigation Training Program, and the ATF Special Agent Basic Training Program. I have also attended numerous classes, seminars, and training lectures in the investigation of criminal violations of federal and state laws.

3. During my tenure as an ATF Special Agent, I have participated in numerous investigations, and the execution of numerous search warrants and arrest warrants, where illegally purchased/trafficked firearms, narcotics, electronic scales, packaging materials, books/ledgers indicating sales, receipts, computers, cellular telephones, and other items used to facilitate firearms and narcotics trafficking were

seized. I have personally conducted and/or assisted in investigations of criminal acts involving violations of Title 18, United States Code, Sections 922(a)(6) [False Statements to a Federally Licensed Firearms Dealer], 371 [Conspiracy], 922(e) [Failure to Notify a Common Carrier], 554 [Smuggling Goods from the United States], and Title 13, United States Code, Section 305 [Failure to File a Shippers Export Declaration (SED)].

4. During my tenure as an ATF Special Agent, I have gained experience in debriefing defendants, co-conspirators, witnesses, and informants that have been involved in the unlawful purchase/sale/distribution of firearms and narcotics. During these debriefings, numerous defendants have advised that they utilized "straw" purchasers to obtain firearm and ammunition for transfer/sale to prohibited persons or to facilitate other crimes.

5. A straw purchase is the acquisition of firearm(s) from a federally licensed firearms dealer ("FFL") by an individual (the "straw"), done for the purpose of concealing the identity of the true intended receiver of the firearm(s). The "actual purchaser" is often the person who is prohibited from purchase who seeks to obtain the firearm through the "straw purchaser."

6. As an ATF SA, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). Therefore, I am empowered to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

7. The facts contained in this affidavit come from my personal observations, ATF records/documents, my training and experience, and information obtained from

other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

8. Based on the facts below, there is probable cause that Rashad SARGEANT has committed violations of Title 18, United States Code, Sections 922(a)(6) [False Statements to a Federally Licensed Firearms Dealer], 371 [Conspiracy], 922(e) [Failure to Notify a Common Carrier], and 554 [Smuggling Goods from the United States].

## PROBABLE CAUSE

9. On November 7, 2018, Maurice BEASLEY went to Moss Pawn Shop, a federally licensed firearms dealer ("FFL"), located at 6382 Old Dixie Road, Jonesboro, Georgia 30236, in the Northern District of Georgia. BEASLEY purchased a Taurus, model G2C, 9mm caliber pistol for $306.71 cash. BEASLEY completed ATF Form 4473, the Firearms Transaction Record, as required. BEASLEY answered "yes" to question 11a, which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." BEASLEY presented his Georgia identification to the FFL.

10. On page two of ATF Form 4473, a certification is given. Part of the certification states, "I also understand that making any false oral or written statement, or exhibiting any false misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local

3

law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law." BEASLEY signed and dated the form certifying that all of his answers were true and correct.

11. A truthful answer to Question 11a on ATF Form 4473 is material to the lawfulness of the sale because the firearms dealer must determine the correct person and possessor of the firearm upon which to run the required background check, and to determine whether the actual possessor is prohibited from possessing a firearm.

12. On the ATF Form 4473 described below, SARGEANT provided his phone number. Based on a review of cell site records for SARGEANT's phone number, SARGEANT's phone was at or near the area of Moss Pawn Shop when BEASLEY purchased a firearm on November 7, 2018.

13. On February 8, 2019, Rashad SARGEANT went to Arrowhead Pawn Shop, an FFL, located at 6433 Tara Blvd. #A, Jonesboro, Georgia 30236, in the Northern District of Georgia. SARGEANT attempted to purchase one Smith & Wesson, model SD9, 9mm caliber pistol for $331.54 cash. SARGEANT completed ATF Form 4473. SARGEANT identified his place of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT presented his Georgia identification to the FFL. SARGEANT signed and dated the form certifying that all of his answers were true and correct.

14. SARGEANT's background check came back as a "delay," meaning the FBI NICS (National Instant Background Check System) examiner needed more time to

determine whether SARGEANT could lawfully possess a firearm. FFLs must wait three business days before proceeding with a firearms sale after receiving a "delay." In this transaction, the FBI NICS examiner informed the FFL that it could "proceed" with the sale. On February 13, 2019, SARGEANT recertified his answers were correct and purchased the firearm.

15. On March 2, 2019, SARGEANT went to Arrowhead Pawn Shop and attempted to purchase one Taurus, model PT809, 9mm caliber pistol and one Taurus, model G2C, 9mm caliber pistol for $604.78 cash. SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were correct by signing and dating the form. SARGEANT's background check came back as a "delay." In this transaction, the FBI NICS examiner informed the FFL that it could "proceed" with the sale. On March 4, 2019, SARGEANT recertified his answers were correct and purchased the firearms.

16. On the ATF Form 4473 described above, BEASLEY provided his phone number. Based on a review of cell site records, BEASLEY's phone was at or near the area of Arrowhead Pawn Shop on March 2, 2019 when SARGEANT attempted to buy, and then on March 4, 2019 when SARGEANT did buy two Taurus pistols.

17. On March 25, 2019, SARGEANT went to Arrowhead Pawn Shop and attempted to purchase one Glock, model 19, 9mm caliber pistol, one Glock, model 21, .45 caliber pistol, and one Glock, model 22, .40 caliber pistol for $1,479.55 cash. SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place

of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were correct by signing and dating the form. SARGEANT's background check came back as a "delay." In this transaction, the FBI NICS examiner informed the FFL that it could "proceed" with the sale. On March 26, 2019, SARGEANT recertified his answers were correct and purchased the firearms.

18. On March 27, 2019, SARGEANT went to Moss Pawn Shop. SARGEANT purchased one Glock, model 17Gen4, 9mm caliber pistol for $652.30 cash. SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were correct by signing and dating the form.

19. On April 10, 2019, BEASLEY went to Moss Pawn Shop. BEASLEY purchased a Glock, model 27, .40 caliber pistol and a Glock, model 17, 9mm caliber pistol for $969.84 cash. BEASLEY completed ATF Form 4473, as required. BEASLEY answered "yes" to question 11a and certified that all of his answers were correct by signing and dating the form.

20. Based on cell site records, SARGEANT's phone was at or near the area of Moss Pawn Shop when BEASLEY purchased two pistols on April 10, 2019.

21. On April 17, 2019, SARGEANT went to Moss Pawn Shop. SARGEANT attempted to purchase one Glock, model 32, .357 caliber pistol and one Glock, model 23, .40 caliber pistol for $961.19 cash. SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were

correct by signing and dating the form. SARGEANT's background check came back as a "delay." In this transaction, the FBI NICS examiner informed the FFL that it could "proceed" with the sale. On April 18, 2019, SARGEANT recertified his answers were correct and purchased the firearms.

22. On April 22, 2019, the following firearms were recovered in a package at the FedEx facility in Puerto Rico that shipped from Atlanta, Georgia on April 19, 2019. The sender was listed as Corey Lamontez Bauer. The package was en route to Barbados.

- the Glock, model 17Gen4, 9mm caliber pistol that SARGEANT bought from Moss Pawn Shop on March 27, 2019.
- both Glock pistols that BEASLEY bought from Moss Pawn Shop on April 10, 2019.
- the Glock, model 32, .357 caliber pistol that SARGEANT bought from Moss Pawn Shop on April 18, 2019.

23. The firearms were recovered from a box that contained a false bottom. SARGEANT's fingerprints were recovered from the packing material inside the false bottom portion of the box. Note: The package was shipped the day after SARGEANT purchased the Glock pistol on April 18, 2019. The shipping documents for the package did not list firearms as being contained in the package.

24. Based on cell site records, SARGEANT's phone was at or near the area of the FedEx in East Point, Georgia when the package was shipped on April 19, 2019 that was destined for Barbados.

25. On May 14, 2019, SARGEANT went to Range, Guns, and Safes, an FFL located at 285 Lake Mirror Road, Forest Park, Georgia 30297, in the Northern District of Georgia. SARGEANT attempted to purchase one Taurus, model G2C, 9mm caliber pistol

7

and one Taurus, model G2C, .40 caliber pistol for $432.95 cash. SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were correct by signing and dating the form. SARGEANT's background check came back as a "delay." In this transaction, the FBI NICS examiner informed the FFL that it could "proceed" with the sale. On May 15, 2019, SARGEANT recertified his answers were correct and purchased the firearms.

26.     On May 17, 2019, SARGEANT went to Autry's Armory, Inc., an FFL located at 116 Bethea Road, Suite 112, Fayetteville, Georgia 30214, in the Northern District of Georgia. SARGEANT purchased two Taurus, model G2C, 9mm caliber pistols for $481.48 cash. SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were correct by signing and dating the form. SARGEANT's background check came back as a "delay." In this transaction, the FBI NICS examiner informed the FFL that it could "proceed" with the sale. On May 20, 2019, SARGEANT recertified his answers were correct and purchased the firearms.

27.     On June 12, 2019, SARGEANT went to Union City Jewelry and Pawn, an FFL located at 4791 Jonesboro Road, Suite 2B, Union City, Georgia 30291, in the Northern District of Georgia. SARGEANT purchased one Taurus, model PT111, 9mm caliber pistol and one SCCY, model CPX-2, 9mm caliber pistol for $399.99 cash. SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place

of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were correct by signing and dating the form.

28. On June 4, 2019, SARGEANT went to Arrowhead Pawn Shop. SARGEANT attempted to purchase two Taurus, model G2C, 9mm caliber pistols for $583.18 cash. SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were correct by signing and dating the form. SARGEANT's background check came back as a "delay." In this transaction, the FBI NICS examiner informed the FFL that it could "proceed" with the sale. On June 19, 2019, SARGEANT recertified his answers were correct and purchased the firearms.

29. On June 15, 2019, SARGEANT went to the Army Navy Store, an FFL located at 5814 N. Henry Boulevard, Stockbridge, Georgia 30281, in the Northern District of Georgia. SARGEANT attempted to purchase two Taurus, model G2C, 9mm caliber pistols for $575.66. SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were correct by signing and dating the form. SARGEANT's background check came back as a "delay." In this transaction, the FBI NICS examiner informed the FFL that it could "proceed" with the sale. On July 8, 2019, SARGEANT recertified his answers were correct and purchased the firearms.

30. Also on July 8, 2019, SARGEANT purchased two additional Taurus, model G2C, 9mm caliber pistols for $560.75 in cash from Union City Jewelry and Pawn. SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were correct by signing and dating the form.

31. On July 10, 2019, the following firearms were recovered at the Fed Ex Sheraton Center in Bridgetown, Barbados in a package shipped from Fairview Heights, Illinois on July 9, 2019 with Brandon Williams listed as the sender:

- the two Taurus, model G2C, 9mm caliber pistols that SARGEANT started to buy from the Army Navy store on June 15, 2019 and received on July 8, 2019.
- the two Taurus, model G2C, 9mm caliber pistols that SARGEANT bought from the Union City Jewelry and Pawn store on July 8, 2019.

32. Note: The package was shipped the day after SARGEANT bought the Taurus pistols on July 8, 2019. The shipping documents for this package did not list firearms as being contained in the package.

33. On the ATF Form 4473 described below in paragraph 35, Shunquez STEPHENS provided his phone number. Based on cell site records, Shunquez STEPHENS's phone was at or near the area of the FedEx in Fairview Heights, Illinois when the package was shipped on July 9, 2019 that was intercepted in Barbados.

34. On July 30, 2019, SARGEANT went to Union City Jewelry and Pawn. SARGEANT purchased two Taurus, model G2, 9mm caliber pistols for $430.98 cash.

10

SARGEANT completed ATF Form 4473, as required. SARGEANT identified his place of birth as Barbados on ATF Form 4473. SARGEANT also answered "yes" to question 11a. SARGEANT certified that all of his answers were correct by signing and dating the form.

35. On August 10, 2019, Shunquez STEPHENS went to Union City Jewelry and Pawn. STEPHENS purchased one Taurus, model G2, 9mm caliber pistol and one Taurus, model G2, .40 caliber pistol for $484.85 cash. STEPHENS completed ATF Form 4473, as required. STEPHENS identified his place of birth as Gainesville, Georgia on ATF Form 4473. STEPHENS also answered "yes" to question 11a. STEPHENS certified that all of his answers were correct by signing and dating the form.

36. Based on cell site records, SARGEANT's phone was at or near the area of Union City Jewelry and Pawn when STEPHENS purchased two Taurus pistols on August 10, 2019.

37. On August 21, 2019, STEPHENS went to Moss Pawn Shop. STEPHENS purchased one Glock, model 26, 9mm caliber pistol and one Glock, model 30S, .45 caliber pistol for $1,077.84 cash. STEPHENS completed ATF Form 4473, as required. STEPHENS also answered "yes" to question 11a. STEPHENS certified that all of his answers were correct by signing and dating the form.

38. On the same day, August 21, 2019, STEPHENS went to Range, Guns, and Safes. STEPHENS purchased three Taurus, model G2C, 9mm caliber pistols for $766.64 cash. STEPHENS completed ATF Form 4473, as required. STEPHENS also answered

"yes" to question 11a. STEPHENS certified that all of his answers were correct by signing and dating the form.

39. Based on cell site records, SARGEANT's phone was at or near the area of Moss Pawn Shop when STEPHENS purchased two Glock pistols on August 21, 2019. Toll records indicate that SARGEANT and STEPHENS spoke to each other on the phone on August 21, 2019.

40. On August 27, 2019, the following firearms were discovered at a DHL shipping facility located on Pilgrim Road, Christ Church in Bridgetown, Barbados. The package was mailed from College Park, Georgia on August 22, 2019 with Brandon Williams listed as the sender. The firearms were seized and traced by the Royal Barbados Police Force.

- the two Glock pistols that STEPHENS bought from Moss Pawn Shop on August 21, 2019.
- the three Taurus, model G2C, 9mm caliber pistols that STEPHENS bought from Range, Guns, and Safes on August 21, 2019.

41. Note: The package was shipped the day after STEPHENS bought the Taurus pistols on August 22, 2019. The shipping documents for this package did not list firearms as being contained in the package.

42. On September 5, 2019, STEPHENS went to Arrowhead Pawn Shop and purchased one Taurus, model G2C, 9mm caliber pistol and one Taurus, model G2C, .40 caliber pistol for $561.58 cash. STEPHENS completed ATF Form 4473, as required. STEPHENS also answered "yes" to question 11a. STEPHENS certified that all of his answers were correct by signing and dating the form.

43. On November 2, 2019, STEPHENS went to Autry's Armory, Inc., and attempted to purchase two Taurus, model G2C, 9mm caliber pistols. The store employee refused to sell him two pistols because he stated the second firearm was for his sister. STEPHENS purchased the one firearm for $219.34 cash. STEPHENS completed ATF Form 4473, as required. STEPHENS also answered "yes" to question 11a. STEPHENS certified that all of his answers were correct by signing and dating the form.

44. Based on cell site records, SARGEANT's phone was at or near the area of Autrey's Armory when the STEPHENS purchased a firearm on November 2, 2019.

45. On November 26, 2019, the above firearm was intercepted in Barbados by the Royal Barbados Police Force with three other firearms. Two of those three firearms had been previously reported stolen, one from DeKalb County, Georgia and one from Montgomery, Alabama. The firearms were shipped on November 19, 2019 from a FedEx in Fayetteville, Georgia.

46. Based on cell site records, SARGEANT's phone was at or near the area of the FedEx in Fayetteville, Georgia when the package was shipped on November 19, 2019.

47. In the span of five months, SARGEANT purchased 23 firearms, 17 of which are 9mm pistols and 13 of which are specifically Taurus 9mm pistols. Except for two transactions in which the FFL could not verify the type of payment, SARGEANT paid cash for the guns. In my training and experience, the purchase of a large number of firearms of the same manufacturer or caliber in a short time frame, coupled with the fact that the buyer paid cash, indicates that the firearms are being trafficked.

13

48.     Moreover, a few of the firearms left SARGEANT's possession one day after he bought them, bound for Barbados, where he is from. SARGEANT is not the sender on both packages containing his guns, nor did the sender declare to the shipper that there were guns in the package, as required by law. ATF firearm trace records indicate that Georgia is a primary source state for firearms illegally trafficked to the Caribbean.

49.     On December 5, 2020, ATF Industry Operations Investigator Shaun Griffith queried the ATF National Licensing Center records and determined that SARGEANT, STEPHENS, and BEASLEY did not ever have a Federal Firearms License to engage in business as a firearms or ammunition importer, manufacturer, dealer or collector.

50.     On December 5, 2020, agents were notified that SARGEANT had booked a flight with American Airlines, flight number 1227, to fly on Monday, December 7, 2020 from Atlanta, Georgia to Miami, Florida. SARGEANT also booked flight number AA1089, to fly on Monday December 7, 2020, from Miami, Florida to Bridgetown, Barbados.

51.     Based on SARGEANT's previous travel history, he tends to travel to Barbados close in time to either the buying of firearms or shipping of firearms in this conspiracy. On or about March 17, 2019, SARGEANT flew to Barbados, returning on or about March 22, 2019. He then bought firearms on March 25th and 27th, 2019. Some of those firearms were shipped to Barbados in April 2019. In August 2019, STEPHENS bought multiple firearms. Based on cell site, SARGEANT was in the vicinity when

STEPHENS bought firearms on or about August 21, 2019. On August 22, 2019, those firearms that STEPHENS bought were shipped to Barbados. SARGEANT traveled to Barbados on or about September 11, 2019, returning in October 2019. STEPHENS bought a firearm on or about November 2, 2019, which was shipped to Barbados on or about November 19, 2019. On or about November 23, 2019, SARGEANT flew to Barbados, returning in March 2020.

## CONCLUSION

52.     Based on the foregoing, I respectfully submit probable cause exists to believe that Rashad SARGEANT violated federal firearms law, more specifically violations of Title 18, United States Code, Sections 922(a)(6) [False Statements to a Federally Licensed Firearms Dealer], 371 [Conspiracy], 922(e) [Failure to Notify the Common Carrier], and 554 [Smuggling Goods from the United States].