FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC - 7 2020

JAMES N. HATTEN, Clerk
By: /s/

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHAD SARGEANT | Criminal Action No.<br><br>1:20-MJ-1064 |

## Motion to Unseal Complaint

The United States of America, by Byung J. Pak, United States Attorney, and Jennifer Keen, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Complaint** in the above-styled case and in support thereof shows that Defendant Rashad Sargeant has been arrested and will be appearing before the Court for his initial appearance. At that time, the government will be required to provide him with a copy of the complaint.

WHEREFORE, the government respectfully requests that **Complaint** be unsealed.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/Jennifer Keen
*Assistant United States Attorney*
Georgia Bar No. 231778
Jennifer.Keen@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

                        Allison Dawson, Federal Defender Program

December 7, 2020

                                    /s/ JENNIFER KEEN

                                    JENNIFER KEEN

                                    *Assistant United States Attorney*