AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 07 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA
V.
RASHAD SARGEANT

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 1:20-mj-1064

I, __Rashad Sargeant__, charged in a ☐ complaint ☐ petition pending in this District __Northern District of Georgia__ in violation of __18__, U.S.C., __371__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_/s/ R. Sargeant_
Defendant

_/s/ Allison Dawson_
Counsel for Defendant

12/7/20
Date