# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

RASHAD SARGEANT

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:20-MJ-1064

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RASHAD SARGEANT

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: making false statements to a federally licensed firearms dealer, failing to notify a common carrier of a firearms shipment, smuggling goods from the United States, and conspiring to commit such offenses,

in violation of 18, United States Code, Section(s) 371, 922(a)(6), 922(e), and 554.

RUSSELL G. VINEYARD
Name of Issuing Officer

_Russell G. Vineyard_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

December 5, 2020
Atlanta, Georgia
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

Bail Fixed at $_____ by _____
Name of Judicial Officer

JAN 08 2020

JAMES N. HATTEN, Clerk
By: _SBy_ Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

_Atlanta Airport_

Date Received: 12/5/2020

Date of Arrest: 12/7/2020

Special Agent Jonathan Gray
Name and Title of Arresting Officer

_[signature]_
Signature of Arresting Officer